United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 30, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-10622
Summary Calendar
_____

LAQUENTUS CHOICE,

Plaintiff - Appellant,

v.

WERNER ENTERPRISES INC., in its assumed or common name;
DRIVER'S MANAGEMENT, in its assumed or common name,

Defendants - Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas, Dallas Division
USDC No. 3:05-CV-552
--------------------

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM:[*]

Laquentus Choice ("Choice") filed an Americans with
Disabilities Act discrimination suit against the defendants after
he was disqualified from obtaining employment as a truck driver.
The case was removed to the district court for the Northern
District of Texas. Upon the conclusion of discovery, the
defendants filed a motion for summary judgment. The district
court granted the motion and entered final judgment dismissing

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Choice's suit.  Choice appeals to this Court.

We review a district court's grant of summary judgment *de novo*.  *Gowesky v. Singing River Hosp. Sys.*, 321 F.3d 503, 507 (5th Cir. 2003).  We have carefully examined the briefs, the record excerpts, and relevant portions of the record itself.  For the reasons stated in the district court's Memorandum Opinion and Order, we affirm the decision to enter final judgment against Choice.

AFFIRMED.